UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    ACGS MARINE INS. CO. et al.,
                                  Plaintiffs,

              -against-                      22 Civ. 9283 (LGS)

    M/V IMABARI LOGGER et al.,        ORDER
                                Defendants.
------------------------------------------------------------- X

    ACGS MARINE INS. CO. et al.,
                                  Plaintiffs,        23 Civ. 3405 (LGS)

              -against-

    AIR EXPRESS INT'L USA, INC.,
                                  Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the above-captioned cases arise out of the same alleged incident involving the overboard loss and damage to cargo during an ocean voyage from China to the United States;

       WHEREAS, the parties to *AGCS Marine Insurance Co. et al. v. Air Express International USA, Inc.*, No. 23 Civ. 3405, agreed to transfer this case from the United States District Court for the Southern District of Texas;

       WHEREAS, both cases are now before Judge Schofield in the United States District Court for the Southern District of New York. It is hereby

       **ORDERED** that by **May 9, 2023**, the parties shall file a joint letter describing their proposal for consolidation or coordination of these cases to maximize efficiency and conserve judicial and the parties' resources.

Dated: May 3, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**