```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  AGCS MARINE INS. CO., et al.,                              :
                                      Plaintiffs,            :
                  -against-                                  :    22 Civ. 9283
                                                             :
  M/V IMABARI LOGGER, et al.,                                :
                                      Defendants.            :
------------------------------------------------------------ X
  AGCS MARINE INS. CO., et al.,                              :
                                      Plaintiffs,            :
                  -against-                                  :    23 Civ. 3405
                                                             :
  AIR EXPRESS INT'L USA, INC.,                               :
                                      Defendant.             :
------------------------------------------------------------ X
```

### ORDER PURSUANT TO FED. R. CIV. P. 42(a) CONSOLIDATING ACTIONS FOR ALL PURPOSES

LORNA G. SCHOFIELD, District Judge:

WHEREAS, each of the above-captioned cases, brought by the same Plaintiffs, involve claims for loss and damage to oil production equipment carried aboard the M/V IMABARI LOGGER during a January 2022 voyage from China to the United States;

WHEREAS, on May 8, 2023, the parties in each of the above-captioned cases filed a joint letter consenting to the consolidation of these cases. *See* Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]").  It is hereby

**ORDERED** that the cases are hereby consolidated for all purposes under the case name *AGCS Marine Insurance Company, et al. v. M/V IMABARI LOGGER, et al.*, No. 22 Civ. 9283, and all further filings shall be made under that case name and number.  The following case will

be administratively closed: *AGCS Marine Insurance Company, et al. v. Air Express International USA, Inc.*, 23 Civ. 3405.  It is further

    **ORDERED** that, pursuant to Local Civil Rule 1.6, the parties shall notify the Court of any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts for potential consolidation into this case or a determination of relatedness.

    The Clerk of Court is respectfully directed to close *AGCS Marine Insurance Company, et al. v. Air Express International USA, Inc.*, 23 Civ. 3405.

Dated: May 10, 2023
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**