```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGCS MARINE INSURANCE COMPANY et al,  :
                                      :     22-CV-9283 (LGS) (RWL)
                        Plaintiffs,   :
                                      :
        - against -                   :     ORDER
                                      :
M/V IMABARI LOGGER et al,             :
                                      :
                        Defendants.   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 10, 2023, the Court issued an order consolidating for all purposes the case filed at 23-CV-3405 with the case filed at 23-CV-9283, and directing that the 3405 case be administratively closed. On April 11, 2023, the Court issued an amended scheduling order in the 9283 case and referred the case to me for general pretrial purposes. Now that the cases have been consolidated, the parties shall meet and confer and, by May 24, 2023, shall file a joint letter with a proposed amended case management plan and scheduling order that takes into account consolidation of both cases.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2023
       New York, New York

Copies transmitted this date to all counsel of record.