```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGCS MARINE INSURANCE COMPANY et al,  :
                                       :       22-CV-9283 (LGS) (RWL)
                         Plaintiffs,   :
                                       :
          - against -                  :       ORDER
                                       :
M/V IMABARI LOGGER et al,              :
                                       :
                         Defendants.   :
                                       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.s**

  On November 8, 2023, the Court stayed discovery pending determination of the parties' motions for partial summary judgment. (*See* Dkt. 55.) Those motions have been resolved by opinion and order entered on September 30, 2024. (*See* Dkt. 97.) Accordingly, the parties shall meet and confer and by October 15, 2024, jointly file a status report and proposed schedule for the remainder of the case. The parties shall also indicate whether they would like to hold a settlement conference with Magistrate Judge Lehrburger, a referral to the Court's mediation program, or other proposal for early resolution.

         SO ORDERED.

         _____
         ROBERT W. LEHRBURGER
         UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2024
   New York, New York

Copies transmitted this date to all counsel of record.

1