USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AGCS MARINE INSURANCE COMPANY et al,:

                Plaintiffs,

- against -

M/V IMABARI LOGGER et al,

                Defendants.
-------------------------------------------------------------X

22-CV-9283 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court will schedule a conference to address Danmar's proposed motion to quash the CSL subpoena. (*See* Dkts. 112, 113.) By January 6, 2024, Danmar shall submit to the Court via email to chambers fully unredacted copies of the CSL surveys dated February 13 and 28, 2022, that also reflect what portions of the reports were redacted by Danmar so that the Court may conduct an in camera review.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: January 2, 2025
      New York, New York

Copies transmitted this date to all counsel of record.