```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGCS MARINE INSURANCE COMPANY et al,:
                                                        :       22-CV-9283 (RWL)
                              Plaintiffs,               :
                                                        :
                  - against -                           :       **ORDER**
                                                        :
M/V IMABARI LOGGER et al,                               :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held via Microsoft Teams on January 27, 2025:

1.      Danmar shall produce to Plaintiff fully unredacted versions of both CSL survey reports.

2.      The parties shall meet and confer to narrow the scope of the subpoena served on CSL.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 112.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 27, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1